**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **AARON SLOAN,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | **CIVIL NO. 3:CV-11-0994** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **JOHN MURRAY,** *et al.,* | : | |
| | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this __5th__ day of **SEPTEMBER, 2012**, in accordance with the

accompanying Memorandum, it is **ORDERED** that:

1. Defendants' Motion to Dismiss (Doc. 15) is **GRANTED** in part and **DENIED** in part.

2. Defendants' Motion to Dismiss as to Mr. Sloan's access-to-courts claim is **DENIED** in part.

3. Mr. Sloan's the access-to-courts claim shall proceed only against Flowers, Flinn, Murray and Southers based on his frustrated three conditions of confinement arising at SCI-Forest.

4. Defendants' Motion to Dismiss Mr. Sloan's access-to-courts claim based on the deprivation of his personal property (radio) is **GRANTED**.

5. Defendants' Motion to Dismiss Mr. Sloan's conspiracy claim is **DENIED** in part.

6. Mr. Sloan's conspiracy claim shall proceed only as to Defendants Flowers, Flinn, Murray and Southers with respect to the September 18, 2010, plan to confiscate his legal materials.

7.    Defendants Carberry, Smeal, Taggart and Williams are
      dismissed from this action pursuant to to 28 U.S.C. §
      1915(e)(2) based on Mr. Sloan's failure to state a claim
      against them.

8.    Defendants Flowers, Flinn, Murray and Southers have thirty
      (30) days from the date of this Order to file an Answer to
      the Complaint.

9.    Defendants have thirty (30) days from the date of this
      Order to respond to Plaintiff's pending Motion for
      Production of Documents.


                              /s/ A. Richard Caputo
                              A. RICHARD CAPUTO
                              United States District Judge