# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AARON SLOAN,<br><br>   Plaintiff,<br><br>        v.<br><br>JOHN MURRAY, *et al.*,<br><br>   Defendants. | NO. 3:11-CV-0994<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 11th day of October, 2018, **IT IS HEREBY ORDERED** that:

(1) The Motion for Reconsideration (Doc. 93) filed by Plaintiff Aaron Sloan is **DENIED**.

(2) The sole remaining claim in this action, *i.e.*, the access-to-courts claim against Defendant Flinn regarding the alleged confiscation of legal material concerning conditions of confinement at SCI-Forest between September 28, 2008 and January, 2, 2009, is **DISMISSED with prejudice** in accordance with the Court's August 10, 2017 Memorandum and Order.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                              /s/ A. Richard Caputo
                                              A. Richard Caputo
                                              United States District Judge